**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**
_____

TSM CORPORATION,

    Plaintiff,

v.                                                                         Case No.08-CV-12221

RCM INDUSTRIES, INC.,

    Defendant.
    _____/

## ORDER RESCHEDULING BENCH TRIAL

The parties are currently scheduled to commence a bench trial on December 15, 2008. (07/23/08 Order at 12.) On December 5, 2008, the court's staff confirmed with Defendant's counsel that a facilitation hearing has been scheduled for December 16, 2008.

Accordingly, IT IS ORDERED that the bench trial scheduled in this matter is rescheduled to commence on **January 12, 2009 at 9:00 a.m.**

IT IS FURTHER ORDERED that the parties appear before the court, via telephone conference, on **December 18, 2008 at 9:30 a.m.**, to update the court on the outcome of their facilitation hearing.

                                                    S/Robert H. Cleland
                                                    ROBERT H. CLELAND
                                                    UNITED STATES DISTRICT JUDGE
\
Dated: December 9, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 9, 2008, by electronic and/or ordinary mail.

                                              S/Lisa Wagner
                                              Case Manager and Deputy Clerk
                                              (313) 234-5522

S:\Cleland\JUDGE'S DESK\C1 ORDERS\08-12221.TCM.Reset.Bench.Trial.wpd
2